**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT E. HICKS,<br>#96457 | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 3:11-cv-00478-ECR-VPC |
| vs. | ) <br> ) | **ORDER** |
| NEVADA, STATE OF, | ) <br> ) | |
| Defendant. | ) <br> / | |

Plaintiff has submitted a pro se document styled affidavit of writ of notice of civil rights violations (docket #1-1). Such document is insufficient to initiate an action in this court. Moreover, plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

1    Plaintiff should also note that the Local Rules require plaintiffs appearing in *pro se*, such
2 as this plaintiff, to file all of their complaints and petitions on the court's approved forms.  LSR 2-1("[a]
3 civil rights complaint filed by a person who is not represented by counsel shall be on the form provided
4 by this court.").

5    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.
6    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly
7 and close this case.

9    DATED this 13th day of September 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE