# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. HICKS, #96457 | ) ) ) |
| Plaintiff, | ) 3:11-cv-00478-ECR-VPC ) |
| vs. | ) ) **ORDER** |
| NEVADA, STATE OF, | ) ) |
| Defendant. | ) ) |

Plaintiff has submitted a pro se document styled affidavit of writ of notice of civil rights violations (docket #1-1). Such document is insufficient to initiate an action in this court. Moreover, plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

Plaintiff should also note that the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 13th day of September 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE